IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREA WESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1604 |
| | § | |
| CHASE MORTGAGE CORPORATION, | § | |
| CHASE MANHATTAN MORTGAGE | § | |
| CORPORATION, JPMORGAN CHASE | § | |
| BANK, NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 12, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge